Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-412**
Effective Date of Registration:
July 15, 2024
Registration Decision Date:
July 26, 2024

---

## Title
| | |
|---|---|
| Title of Work: | Martini |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | June 05, 2012 |
| Nation of 1st Publication: | United States |

## Author
| | |
|---|---|
| • Author: | Maya Spielman |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Maya Spielman |
| | 5636 Vercelly Court, Westlake Village, CA, 91362, United States |

## Rights and Permissions
| | |
|---|---|
| Name: | Maya Spielman |
| Email: | spielmanmaya@gmail.com |
| Address: | 5636 Vercelly Court |
| | Westlake Village, CA 91362 United States |

## Certification
| | |
|---|---|
| Name: | David Denholm |
| Date: | July 15, 2024 |
| Applicant's Tracking Number: | MS2024071501 |

